Civil Action No. 5:18-CV-00076

Kenneth Harrison
3424 Fishinger Mill Dr.
Hilliard, OH 43026

# PROOF OF SERVICE

The Federal Rule 71.1(d) Notice of Condemnation Action, Rover Pipeline LLC's Motion for Partial Summary Judgment and Immediate Access and Possession of Temporary Easement(s) To Be Condemned, Memorandum of Law in Support of Rover Pipeline LLC's Motion for Partial Summary Judgment and Immediate Access and Possession of Temporary Easement(s) To Be Condemned, Affidavit of Mark Vedral, Rover Pipeline LLC's Motion for Expedited Hearing, and Order Granting Rover Pipeline LLC's Motion for Expedited Hearing for the aforementioned individual was received by me on (date) __3-30-19__.

☒ I personally served the above-referenced documents on the individual at (place) __3424 Fishinger Mill Dr. Hilliard, OH 43026__ on (date) __3-31-19__; or

☐ I left the above-referenced documents at the individual's residence or usual place of abode with (name) _____, a person of suitable age who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the above-referenced documents on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the Proof of Service unexecuted because _____ _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: 3·31·19

*Server's Signature*

Ron Freeman, Process Server
*Printed name and title*

2301 Hamilton Ave. Ste. 109

Cleveland, OH 44114

*Server's address*

Additional information regarding attempted service, etc.: